## 49175. HARDWICK v. THE STATE.

PANNELL, Judge.

The defendant was convicted of the offense of armed robbery, a felony. His application for bond pending appeal was denied and he appealed to this court. *Held:*

"The granting or refusing of bail in felony cases after indictment and conviction is a matter within the sound discretion of the trial court, and this court will not control that discretion unless it has been flagrantly abused. *Bishop v. Wilbanks,* 161 Ga. 305 (130 SE 819); *Smith v.*

*State,* 203 Ga. 636 (47 SE2d 866)." *Watts v. Grimes,* 224 Ga. 227 (161 SE2d 286). No abuse of discretion is shown under the record in this case and the action of the trial court is affirmed.

*Judgment affirmed. Eberhardt, P. J., and Evans, J., concur.*

Submitted April 4, 1974 — Decided May 6, 1974.

Bobby Hardwick, *pro se.*
*Richard E. Allen, District Attorney,* for appellee.

*Judgment affirmed. Eberhardt, P. J., and Evans, J., concur.*